State v. Daye

STATE OF NORTH CAROLINA v. RICKY ALLEN DAYE

No. 7415SC457

(Filed 19 June 1974)

APPEAL from *Exum, Judge,* 19 November 1973 Session of ALAMANCE County Superior Court. Argued in the Court of Appeals 28 May 1974.

Defendant was charged in a valid bill of indictment with armed robbery. The State's evidence tended to show that defendant Daye entered McCauley's Art Shop with Vic Miles. When Mrs. Alene McCauley asked the two if she could help them, the two boys looked around the store for a few minutes and left. The two returned to the store with Miles holding a nickel-plated gun. Miles told Mrs. McCauley to give him her money. Miles took money from the cash register, the billfold from Mrs. McCauley's pocketbook, and rummaged through the drawers in the shop's office. During the robbery, Daye stood in front of the counter unarmed, and said nothing to the victims. However, he told Miles not to take the change from the cash register. Mrs. McCauley, her husband and their daughter all made positive identifications of defendant Daye, and all stated that they had not seen him between the time of the robbery and the time of the trial. Mrs. McCauley also testified that Daye and Miles came into the store "side by side" and left "side by side."

Vic Miles testified that defendant Daye showed him a pistol and told him he wanted him to go with him to rob Swan's

Grocery, which was next door to the Art Shop. After the two had left the Art Shop after looking around, Daye told Miles "Since I was going to get Swan's, why don't you get the Art Shop?" Daye handed the pistol to Miles and told him "All you have to do is say 'give me your money.'" The remainder of Miles' testimony was substantially the same as that of Mrs. McCauley concerning the robbery.

Dana Tingen of the Burlington Police Department, Youth Division, corroborated the testimony of Miles. He testified that Miles gave him a statement similar to his testimony 21 days after the robbery.

Defendant's motion for nonsuit was denied at the close of State's evidence. Defendant presented no evidence. The jury returned a verdict of guilty of common law robbery, and upon being polled, each juror stated his acquiescence in the verdict. From signing and entry of judgment, defendant appealed.

*Attorney General Morgan, by Assistant Attorney General Cole, for the State.*

*David I. Smith for defendant appellant.*

MORRIS, Judge.

Defendant presents the record for review by this Court. We have carefully reviewed the record, and we find that defendant was represented by competent counsel, and he received a fair and impartial trial free from prejudicial error.

No error.

Judges HEDRICK and BALEY concur.